✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                DISTRICT OF                CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

     v.

FERNANDO SILVA-LOPEZ,

          Defendant.

**APPEARANCE**

Case Number:   08MJ2546

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    FERNANDO SILVA-LOPEZ

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ JOSEPH McMULLEN |
| 8/20/2008 | |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD   246757 |
| | Print Name                          Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City        State        Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number            Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of his information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov


Dated: August 20, 2008                    ____/s/  Joseph McMullen_____
                                          JOSEPH McMULLEN
                                          Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
                                          San Diego, CA 92101-5030
                                          (619) 234-8467  (tel)
                                          (619) 687-2666  (fax)
                                          e-mail: Joseph_McMullen@fd.org